tioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul Campbell* for the United States.

No. 535. FOLLETT ET AL. *v.* CALIFORNIA. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Calvin Brown* for petitioners. *Messrs. U. S. Webb* and *John O. Palstine* for respondent.

No. 538. FIDELITY & CASUALTY Co. *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry S. Hall* and *Otto B. Schmidt* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 545. STUMBO ET AL. *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George B. Martin* and *Sawyer A. Smith* for petitioners. *Assistant Attorney General McMahon* and *Mr. William W. Barron* for the United States.

No. 548. COLUMBIAN NATIONAL LIFE INS. Co. *v.* WALLERSTEIN. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederick H. Nash* and *Richard Wait* for petitioner. *Mr. Thad M. Talcott, Jr.,* for respondent.